UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOLLIE M. COSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 2:23-CV-11-D-RN** |
| | ) | |
| DONALD C. AYSCUE, HOOD ELLIS, ATTORNEY AT LAW, and MARK PRUDEN, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's objection to the M&R [D.E. 15] is OVERRULED and the court DISMISSES WITHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction.

**This Judgment Filed and Entered on May 23, 2023, and Copies To:**

Mollie M. Coston      (via US Mail to 480 Pender Road, Hertford, NC 27944)

DATE: May 23, 2023          PETER A. MOORE, JR., CLERK

                            (By)  /s/ Stephanie Mann
                            Deputy Clerk